# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| STEPHEN E. HARWOOD, <br> *Plaintiff* <br> v. <br> PHYSICIAN ASSISTANT SILVER, PHYSICIAN ASSISTANT SASSONE, and REGISTERED NURSE 2 BOUSCHER, <br> *Defendant* | ) ) ) ) ) ) <br> Civil Action No. 2:16-CV-0008-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Plaintiff's Complaint is DISMISSED with prejudice. Judgment is entered in favor of defendants.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge THOMAS O. RICE for failure to state a claim upon which relief may be granted.

Date: April 25, 2016

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen